# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2023-1699
LT Case No. 2022-CF-007402-A

———————————————

ENRIQUE ALBERTO CARRANZA,
III,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Matthew J. Metz, Public Defender and Louis A. Rossi, Assistant
Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General and Benjamin L. Hoffman,
Assistant Attorney General, Tallahassee, for Appellee.

April 23, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., and LAMBERT and KILBANE, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————